IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LUCY L. KEITH,**

       **Plaintiff,**

  vs.                                               Civil Action 2:13-cv-1260
                                                              Judge Sargus
                                                              Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

<u>REPORT AND RECOMMENDATION</u>

    The parties have stipulated to the remand of this action for re-evaluation of plaintiff's claims for benefits. *Joint Motion to Remand*, ECF 17.

    It is therefore **RECOMMENDED** that the decision of the Commissioner be reversed and that this action be remanded to the Commissioner of Social Security, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for re-evaluation of plaintiff's applications for disability insurance benefits and supplemental security income.

    If any party seeks review by the District Judge of this *Report and Recommendation*, that party may, within fourteen (14) days, file and serve on all parties objections to the *Report and Recommendation*, specifically designating this *Report and Recommendation*, and the part thereof in question, as well as the basis for objection thereto. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Response to objections must be filed within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b).

The parties are specifically advised that the failure to object to the Report and Recommendation will result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court. *See*, *e.g.*, *Pfahler v. Nat'l Latex Prod. Co.*, 517 F.3d 816, 829 (6th Cir. 2007) (holding that "failure to object to the magistrate judge's recommendations constituted a waiver of [the defendant's] ability to appeal the district court's ruling"); *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005) (holding that defendant waived appeal of district court's denial of pretrial motion by failing to timely object to magistrate judge's report and recommendation). Even when timely objections are filed, appellate review of issues not raised in those objections is waived. *Robert v. Tesson*, 507 F.3d 981, 994 (6th Cir. 2007) ("[A] general objections to a magistrate judge's report, which fails to specify the issues of contention, does not suffice to preserve an issue for appeal . . . .") (citation omitted)).

        *s/Norah McCann King*
        Norah M<sup>c</sup>Cann King
July 11, 2014        United States Magistrate Judge

2