IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LUCY L. KEITH,**

      **Plaintiff,**

vs.                                            Civil Action 2:13-cv-1260
                                                      Judge Sargus
                                                      Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

    The parties have stipulated to the remand of this action for re-evaluation of plaintiff's claims for benefits. *Joint Motion to Remand*, ECF 17. On July 11, 2014, the United States Magistrate Judge recommended that the motion to remand be granted and that the action be remanded to the Commissioner of Social Security. *Report and Recommendation*, ECF 18.

    Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

    The *Report and Recommendation*, ECF 18, is **ADOPTED AND AFFIRMED.**

    The joint motion of the parties to remand the action, ECF 17, is **GRANTED.** The decision of the Commissioner is **REVERSED** and the matter is **REMANDED** to the Commissioner of Social Security for further administrative proceedings.

    This action is **DISMISSED.** The Clerk is **DIRECTED** to enter **FINAL**

1

**JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

8-4-2014
Date

Edmund A. Sargus, Jr.
United States District Judge