AO 450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
Eastern Division


**LUCY L. KEITH,**

        **Plaintiff,**

                                  **JUDGMENT IN A CIVIL CASE**

**v.**

                                  **CASE NO. 2:13-CV-1260**

**COMMISSIONER OF**             **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**              **MAGISTRATE JUDGE NORAH MCCANN KING**

        **Defendant.**


\_\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

        **Pursuant to the ORDER filed August 5, 2014, JUDGMENT is hereby entered pursuant to Sentence 4 of 42 U.S.C. § 405(g). This case is REMANDED to the Commissioner of Social Security for further proceedings.**


Date: August 5, 2014                         JOHN P. HEHMAN, CLERK


                                                     */S/ Andy F. Quisumbing*
                                                     (By) Andy F. Quisumbing
                                                      Courtroom Deputy Clerk